FILED

JUL 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL nakajima@flex-law.gr.jp
Attorney for Nikkatsu Corporation.

July 24,2020

AGT
CV20 80126MISC

**Via Email**
YouTube, LLC
Attn: Copyright Operations/ DMCA Complaints
901 Cherry Ave
San Bruno, CA 94066
Phone: 650-214-3010
Email: copyright@youtube.com

BY FAX

***RE: NOTIFICATION OF COPYRIGHT INFRINGEMENT***
**(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

I represent Nikkatsu Corporation, a Japanese corporation (hereinafter called "Nikkatsu"), the owner of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

It has recently come to Nikkatsu's attention that certain users of your services have unlawfully published and posted certain contents on your website located at www.youtube.com, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

Nikkatsu has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from www.youtube.com and/or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

Hiroyuki Nakajima

Exhibit A.

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work | YouTube Channel/User (Name/ Profile Page on YouTube.com) | |
|---|---|---|---|---|---|---|---|
| 1 | 冷たい熱帯魚(COLDFISH) | Nikkatsu Corporation | https://www.nikkatsu.com/movie/32321.html | https://www.youtube.com/watch?v=LRpE2Axiwko | 【PT】実際の事件を元に作られた日本で一番エグイ映画【冷たい熱帯魚】 | ポケットシアターJP | https://www.youtube.com/channel/UCrq0GLw0PKk_q8-wscl1NDw |
| | | | | | | ポケットシアターPT | https://www.youtube.com/channel/UCXj-r2DtJTd6NeE55-y-Etw |
| | | | | | | ポケットシアター | https://www.youtube.com/channel/UCAqaOz_h7PBbDX_YlauU92A |
| 2 | 冷たい熱帯魚(COLDFISH) | Nikkatsu Corporation | https://www.nikkatsu.com/movie/32321.html | https://www.youtube.com/watch?v=izn6K5EEU48 | 【映画紹介】実際の事件を元に作られた日本で一番エグイ映画【冷たい熱帯魚】 | ポケットシアターPT | https://www.youtube.com/channel/UCXj-r2DtJTd6NeE55-y-ETw/ |
| | | | | | | ポケットシアターJP | https://www.youtube.com/channel/UCrq0GLw0PKk_q8-wscl1NDw |
| | | | | | | ポケットシアター | https://www.youtube.com/channel/UCAqaOz_h7PBbDX_YlauU92A |
| 3 | ブタがいた教室 | Nikkatsu Corporation | https://www.nikkatsu.com/movie/32281.html | https://www.youtube.com/watch?v=bSVf2OzDYwg | 【映画紹介】教室で飼い始めたぶた。あなたは食べれますか?【ブタがいた教室】 | ポケットシアターPT | https://www.youtube.com/channel/UCXj-r2DtJTd6NeE55-y-ETw/ |

**EXHIBIT A**