DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611150028
Cashier ID: sprinka
Transaction Date: 07/28/2020
Payer Name: rapid legal

MISCELLANEOUS PAPERS
 For: NIKKATSU CORPORATION
 Case/Party: D-CAN-3-20-MC-080126-001
 Amount:        $47.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 139525
 Amt Tendered: $47.00

Total Due:      $47.00
Total Tendered: $47.00
Change Amt:      $0.00

AGT


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.